

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## CORRECTED ORDER ON MOTION

Cause Number:    01-12-00496-CV

Trial Court Cause
Number:    1171097

Style:    Eddie Medina, Jr.

**v** Gloria Tate d/b/a Humble Family Skate Center and Humble Family Skate Center, Inc.

Date motion filed[*]:    August 23, 2013

Type of motion:    Motion for En Banc Reconsideration

Party filing motion:    Appellee Gloria Tate d/b/a Humble Family Skate Center

Document to be filed:    no

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

If document is to be filed, document due: _____

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Sherry Radack, and Justices Higley and Brown
A majority of the justices of the Court voted to overrule the motion for rehearing en banc. Justices Bland, Massengale, Brown and Huddle would have voted to grant the motion for rehearing en banc.

Date: May 27, 2014